IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America, | ) | CRIMINAL NO. 3:10-585-CMC |
| | ) | |
| v. | ) | **OPINION and ORDER** |
| | ) | |
| Tito Dewayne Titus, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court on Defendant's motion for correction of his Presentence Report (PSR). ECF No. 108 (filed Jan. 14, 2013). Defendant maintains that his State of South Carolina conviction for possession of a pistol by a person convicted of a violent crime should not be noted in the PSR as "I have never been convicted of a violent crime[.]" Mot. at 1.

The charging documents and sentence sheet associated with Defendant's State of South Carolina conviction indicate Defendant pleaded guilty to the offense of Possession of a Pistol by a Person Convicted of a Violent Crime in the South Carolina Court of General Sessions and was sentenced on September 13, 2010. This court has no power to modify, correct, or vacate a state court conviction except as provided in 28 U.S.C. § 2254. The PSR as it is currently written correctly reflects the state court offense to which Defendant pleaded guilty.

Accordingly, Defendant's motion is **denied.**

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON MᴄGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
February 6, 2013

1